787 A.2d 185

IN THE MATTER OF MARK L. HOPKINS,
AN ATTORNEY AT LAW.

December 27, 2001.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **MARK L. HOPKINS** of **LONG VALLEY,** who was admitted to the bar of this State in 1972;

And the District X Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(b) (failure to provide a signed retainer agreement), *RPC* 1.6(a)(1) (failure to maintain client confidentiality) and *RPC* 1.7(a) (conflict of interest);

And the parties having agreed that respondent's conduct violated *RPC* 1.4(a), *RPC* 1.5(b), *RPC* 1.6(a)(1) and *RPC* 1.7(a) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **MARK L. HOPKINS** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.